UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINNETTE WHEATER,

    Petitioner,        Case No. 1:11cv732

v.                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

    Respondent.

_____/

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 27, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 27, 2012, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket # 5) is **GRANTED**.


Dated: March 22, 2012    /s/ Robert J. Jonker
               ROBERT J. JONKER
               UNITED STATES DISTRICT JUDGE